# MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

> APPLICATION GRANTED
> Sentencing is adjourned to 6/18/2020 at 10:30 a.m. By 5/18/2020, defense counsel shall advise the Court in writing whether defendant consents to proceeding by video or telephone conferencing.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.
> 5/4/2020

By ECF
Honorable Vincent L. Briccetti
U.S. District Court Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    **United States v. Corey Latimer**
              S3 17 Cr. 505 (VB)

Dear Judge Briccetti:

      Sentencing in this matter is scheduled for May 18, 2020 at 2:30. Unfortunately, despite several attempts, Mr. Latimer has not yet been able to be interviewed for his Presentence Report. Accordingly, having no other choice at this point, the defense respectfully requests that sentencing in this matter be adjourned to a time that works best for the Court on either June 16, 2020 or June 18, 2020.

      I have discussed this matter with AUSA Emily Deininger and Probation Officer Sandra Campbell, neither of whom have any objection to this request.

      Thank you.

                                                             Respectfully,

                                                            /s/ *Matthew J. Kluger*
                                                            Matthew J. Kluger, Esq.

cc:    AUSA Emily Deininger
       PO Sandra Campbell