USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                                      :      **ORDER**
v.                                                   :
                                                      :      S3 17 CR 505-13 (VB)
COREY LATIMER,                              :
                          Defendant.       :
--------------------------------------------------------------x

At the sentencing hearing on June 18, 2020, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Corey Latimer is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: June 18, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge