UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

COREY LATIMER,
          Defendant.
--------------------------------------------------------------x

**ORDER**

17 CR 505-13 (VB)

     Francis L. O'Reilly, Esq., is appointed pursuant to the Criminal Justice Act as defendant Corey Latimer's attorney, effective February 21, 2022.

Dated: July 12, 2022
       White Plains, NY

                                      SO ORDERED:

                                      *[signature]*

                                      Vincent L. Briccetti
                                      United States District Judge