

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 6, 2024

<u>**BY ECF AND EMAIL**</u>
The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re:  ***United States v. Corey Latimer*, 17 Cr. 505 (VB)**

Dear Judge Briccetti:

   The Government writes regarding the preliminary hearing date in the above-captioned violation of supervised release ("VOSR") case.  On February 22, 2022, the Court issued a bench warrant after the defendant failed to appear for an initial VOSR appearance.  The defendant was subsequently arrested on state charges and sentenced to 30 months' imprisonment in Dutchess County Court for attempted criminal possession of a controlled substance in the fourth degree.  On or about June 12, 2023, the Court ordered that the bench warrant be lodged as a detainer with state authorities to ensure the defendant would be promptly brought to federal court as soon as possible upon his release from state custody.

   On October 31, 2024, the defendant was brought into federal custody, and was presented and arraigned on a revised VOSR petition by United States Magistrate Judge Andrew E. Krause.  Initially, the defendant did not waive the preliminary hearing, which would need to be held no later than November 14, 2024.  *See* Fed. R. Crim. P. 5.1(c).  Now, however, the Government and defense counsel—Frank O'Reilly—have conferred and the defendant agrees to defer the preliminary hearing date for an additional month, *i.e.*, until December 14, 2024, so that defense counsel may communicate an outstanding plea offer to the defendant and reach a potential resolution without the need for a hearing.

         Respectfully submitted,
         DAMIAN WILLIAMS
         United States Attorney

      By:  */s/ Kathryn Wheelock*
        Kathryn Wheelock
        Assistant United States Attorney
        Southern District of New York
        (914) 993-1966

cc:  Frank O'Reilly (via ECF and email)