March 28, 2025

Corey Latimer # 79427-054

I am writing the courts to inform whomever is concerned of my new residence address, I am now currently in Victorville USP in California Adelanto, 92301,

Name: Corey Latimer
Reg #: 79427-054
United States Penitentiary
P.O. Box 3900
Adelanto, CA 92301

SN BERNARDINO CA 923

7 APR 2025 PM 6 L



Criminal
Docketing

Office of Clerk
500 Pearl St.
Southern District of New York
New York, New York 10007



RECEIVE
APR 10 2025
CLERK'S OFFICE
S.D.N.Y.